# DK DENNIS KENNY LAW

**288 NORTH PLANK ROAD, NEWBURGH, NY 12550**
PHONE: (845) 566-4400 · FAX: (845) 569-0111 · TOLL FREE: (800) 610-4401 · (888) 2SSD-SSI
WEB SITE: WWW.DENNISKENNYLAW.COM · E-MAIL: DENNISKENNYLAW@CS.COM

DENNIS KENNY, ESQ. (NY & PA)
KATHERINE M. USEWICZ, ESQ.
JEFFREY C. LEO, ESQ.
SCOTT T. BLACK, ESQ. (NY & CA)
EDWARD C. DELAUTER, ESQ.
TARA L. JOHNSSON, ESQ. (FL)
JOSEPHINE GOTTESMAN ESQ.

**OF COUNSEL**
EVAN M. FOULKE, ESQ. (NY & NJ)
GREGORY M. SOBO, ESQ.

**MEMO ENDORSED**

**VIA ECF**

July 17, 2024

Hon. Victoria Reznik
United States Magistrate Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

*Plaintiff's letter motion for an extension of the briefing schedule is **GRANTED**.*

*Plaintiff's brief is due by **August 14, 2024**.*

*Defendant's brief is due by **September 30, 2024**.*

*Plaintiff's reply, if any, is due by **October 14, 2024**.*

APPLICATION GRANTED

**Dated:** July 18, 2024

Hon. Victoria Reznik, U.S.M.J.

RE: Drisgula v. Commissioner SSA
24-CV-03261 (KMK) (VR)

Dear Magistrate Judge Reznik:

This office represents Plaintiff in the above-referenced Social Security appeal.

Plaintiff's motion and brief are due to be filed on 7/31/24. Due to intervening deadlines, Plaintiff is respectfully requesting an extension of 14 days in which to file his motion and brief. Should the Court grant this request, Plaintiff's motion and brief will then be due on 8/14/24. The parties have agreed that Defendant's cross-motion and brief will then be due on 9/30/24. Plaintiff's reply brief, if any, would be due on 10/14/24.

Commissioner's Counsel has graciously consented to this request. No previous such requests have been filed, and there are no additional deadlines that would be affected by this extension of time.

Thank you for your consideration.

Respectfully submitted,

/s/ JOSEPHINE GOTTESMAN

Cc: Kristina Cohn, Esq. (via ECF)

ADDITIONAL OFFICES AT:
55 MAIN STREET, GOSHEN, NY | 3344 ROUTE 9 NORTH, 1ST FLOOR, POUGHKEEPSIE, NY | 18 COMPUTER DRIVE WEST, SUITE 109, ALBANY, NY
THE FIRM RESERVES THE RIGHT TO ASSIGN ALL MATTERS TO ANY MEMBER OR ASSOCIATE ATTORNEY